■ In the Matter of the Claim of ARMANDO FORTE, Respondent. ISADOR LUBIN, as Industrial Commissioner, Appellant.— Application pursuant to section 538 of the Labor Law to fix the fees and disbursements of the attorney appointed

610

by this court to prosecute an appeal from a decision of the Unemployment Insurance Appeal Board in favor of the claimant. Application granted. Fee fixed at $150 and disbursements at $18, to be paid by the Industrial Commissioner. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See 2 A D 2d 903.]